IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Criminal No. 3:15-CR-044-D(3) |
| | § | |
| SHANE BARRON, | § | |
| | § | |
| Defendant. | § | |

MEMORANDUM OPINION
AND ORDER

The government's August 7, 2017 motion for reduction of sentence pursuant to Rule 35 is granted, and the court modifies its judgment filed January 29, 2016 as follows.

The judgment is modified at page 2 so that the portion of the sentence that reads:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: thirty-seven (37) months as to count 17.

is modified to read:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: twenty-seven (27) months as to count 17.

In all other respects the original judgment and sentence of the court shall stand as entered.

The clerk of court shall provide copies of this memorandum opinion and order to the usual recipients, and shall also transmit a copy to the Bureau of Prisons.

**SO ORDERED**.

August 28, 2017.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE